UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- X

Marjory Unger,
on behalf of herself and all others similarly situated,,

    Plaintiff,

 -against-

Albany Medical Center; Ascension Health, Inc.; Catholic Health East; Ellis Hospital; Northeast Health; Seton Health System; St. Peter's Health Care Service,

    Defendant.

------------------------------------- X

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 1 ? 2007
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

Civil Action No. 06-cv-00765-TJM-DRH

## ORDER

 Defendant Ellis Hospital's Motion having brought on a motion for Summary Judgment, pursuant to FRCP Rule 56 dated October 20, 2006,

 NOW, having read and filed the Notice of Motion of Defendant Ellis Hospital dated the 20th day of October, 2006 along with the affidavit of David Homyk sworn to the 20th day of October, 2006 and all of the exhibits attached thereto in support of the motion and the Plaintiff's Response to the Statement of uncontested facts dated November 17, 2006, and the matter having regularly come on to be heard on the on the 11th day of December, 2006 and Nicholas D'Ambrosio, Jr., Esq. for having appeared and argued on behalf of Defendant Ellis Hospital and Charles Tompkins and David Dean, Esqs. having appeared and argued on behalf of Plaintiff Marjorie Unger and the Court having rendered an oral decision from the bench;

 NOW, on motion of James and Hoffman (David Dean, Esq. of Counsel) attorneys for Plaintiff it is

ORDERED, that the Motion for Summary Judgment of Defendant Ellis Hospital is denied for the reasons stated on the record on December 11, 2006 and in accordance with the Court's rulings that day.

Dated: 1/6/07

Binghamton, NY

_____
Hon. Thomas J. McAvoy,
United States District Judge